UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYABILITY COMMERCIAL FACTORS, LLC,<br><br>                    Plaintiff,<br><br>     -against-<br><br>33ACROSS INC.,<br><br>                    Defendant. | Case No. 17-cv-00013-LGS<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Payability Commercial Factors, LLC, by the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the defendant 33Across Inc.

Dated: New York, New York
       January 20, 2017

s/ Deon J. Nossel
_____
By:  Deon J. Nossel (DN-0602)
*Attorney for Plaintiff*
253 West 72nd Street, #507
New York, New York 10023
(917) 817-2430
deon.nossel@gmail.com